# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133319 (6)

LAWRENCE EVANS, #324535

       Petitioner,

                               SC: 133319

v                                    AGC:  0245/07; 0248/07

ATTORNEY GRIEVANCE COMMISSION

_____

       On order of the Chief Justice, the motion by petitioner for reconsideration of the order of March 8, 2007 is considered and it is DENIED because it does not appear the order was entered erroneously. This case will be dismissed if petitioner fails to pay the partial entry fee within 21 days.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2007

_____
Clerk